## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Joseph Arrieta, <br><br> Plaintiff(s), <br><br> v. <br><br> Wexford Health Care Services et al, <br><br> Defendant(s). | Case No. 13-cv-6765 <br> Judge Sara L. Ellis |

## **ORDER**

Status hearing held and continued to 7/30/2014 at 9:30AM. Amended complaint to be filed by 7/28/2014. Defendant Royce Brown-Reed's motion to dismiss pursuant to Fed.R.Civ.P.12(b)(6) [27] is hereby withdrawn without prejudice. Defendant Royce Brown-Reed is not required to answer until further order of Court. Motion by Defendant Wexford Health Care Services for protective order [24] is granted. With the consent of the parties, the Court will modify the HIPAA order pursuant to the terms stated in open court. Plaintiff to issue subpoena to IDOC for records. The Court appoints Timothy R. Ocasek, Cooney & Conway, 120 North LaSalle Street, 30th Floor , Chicago, IL 60602 , (312) 236-6166, Email: tocasek@cooneyconway.com to represent plaintiff.

Date: 5/28/2014

/s/ Sara L. Ellis

( T : 05)